## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 24, 2023

Mr. Evan Mark Tager
Mayer Brown
1999 K Street, N.W.
Washington, DC 20006

          Re:  Case No. 23-5232, *Brian Adams, et al v. 3M Company*
                 Originating Case No. 7:21-cv-00082: 7:21-cv-00086

Dear Counsel,

   This appeal has been docketed as case number **23-5232** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 29, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc:  Mr. Michael Martin

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-5232**

BRIAN ADAMS; ALICE ADAMS; EDWARD ADAMS; ANDREA ADAMS; JAMES ADAMS; JAMES R. ADAMS; SUSIE ADAMS; PHYLLIS ADAMS, Executrix of the Estate of Rick Adams; GREGORY ADDINGTON; STEPHANIE ADDINGTON; JAMES ADKINS; EDWARD AKERS; BRENDA AKERS; JAMES ALLEN; SUSAN ALLEN; GARY ANDERSON; DINAH ANDERSON; LUTHER ANDERSON; KATHY ANDERSON; DAVID ASHLEY; VICKEY ASHLEY; GARY BAKER; RODNEY BAKER; ALICE BAKER; TIM BALTHIS; FRANCIS BALTHIS; CHRIS BANKS; ROBERT BANKS; PEGGY BANKS; BILLY BARTLEY; RITA BARTLEY; GARY BENNETT; NICKEY BENTLEY; JACKLYN BENTLEY; JAMES BENTLY; TERESA LYNN BENTLY; ROY BILITER; ROBIN BILITER; BRANDON BLACKBURN; JENNIFER BLACKBURN; ROGER BLAIR; PATRICIA BLAIR; JOEY BOYD; PATTY BOYD; RAYMOND BRANHAM; TRACEY BRANHAM; RICHARD BRASHEAR; TOMEKA BRASHEAR; CHARLES BRYANT; CAROL BRYANT; ARTEMUS CAMPBELL; SANDRA CAMPBELL; THOMAS CANTRELL; CHEYENNE CANTRELL; ELMER CASTLE; STELLA CASTLE; RANDY CAUDILL; RETHO CAUDILL; WILLIAM CHAFIN; WANDA CHAFIN; CLEO CHAPMAN; GARY CHAPMAN; MARGARET CHAPMAN; RODNEY CHAPMAN; TERESA CHAPMAN; DAVID CHARLES; BARRY COLEMAN; PAULA MARIE COLEMAN; ERVIN COLEMAN; LOLA ANN COLEMAN; BILLY COLLINS; MARY COLLINS; BRIAN COLLINS; TONYA COLLINS; OSCAR COLLINS; CHRISTY COLLINS; GABRIEL CONN; FAYE CONN; JAMES CONN; VIRGIL CONN; AMARINE CONN; COLIN COOK; JAMIE COOK; ANTHONY CORNETT; SHEILA CORNETT; BRENDA PHILLIPS, Executrix of the Estate of Woodrow Crum; KEVIN DANIELS; RITA DANIELS; DONALD DAVIS; TERESA DAVIS; MICHAEL DINGUS; BRIAN DOTSON; NIKKI DOTSON; KEVIN DOTSON; JAMES ESTEP; VELVET ESTEP; DIANE FIFE, Executrix of the Estate of Zack Fife; BRANDON FLEMING; JOSHUA FLEMING; REBECCA FLEMING; BURNIS FOUTS; GOMER FOUTS; SARA FOUTS; RANDY FOUTS; PATRICIA FOUTS; JIMMY GIBSON; HENRIETTA GIBSON; CARLOS GILLEY; NORMA GILLEY; OLEN GOOD; CAROL GOOD; KEVIN GRIFFEY; CLARA GRIFFEY; DONNIE HALL; PATRICIA HALL; RONNIE HALL; DOROTHY HALL, Executrix of the Estate of Wayne Hall; JAMES HAMILTON; JEANENE HAMILTON; TOMMY HAMPTON; ELLEN HAMPTON; DAVID HARDIN; ANGELA HARDIN; GREGORY HATFIELD; DEBRA HATFIELD; JOHN HAYES; KENNETH HILTON; DANA HILTON; DONNY HOWARD; FRANKLIN HOWELL; KEVIN HUTCHINSON; DANNY ISAAC; SHIRLEY ISAAC; ROBERT JONES; AMANDA JONES; CLAUDE JUDE; JENNIFER JUDE; GARY KEENE; SHIRLEY KEENE; HAROLD KIDD; LISA KIDD; FARRIS LAWSON; SARA ELIZABETH LAWSON; NORVAL LAWSON; JUANITA LAWSON; HERMAN LITTLE; ANONA LITTLE; JERRY LITTLE; SHARON LITTLE; KENNETH LITTLE; KEVIN LITTLE; MISSY LITTLE; JOSHUA MAHON; CLINNON MARTIN; DOUGLAS MARTIN; VAN MAYHORN; CLIFFORD MAYNARD; SARAH MAYNARD; TIMOTHY MAYNARD; KAYLA MAYNARD; DAVID MCGUIRE; JULIE MCGUIRE; DANNY MEADE; ANDREA MEADE; KENNETH MEADE; LISA MEADE;

QUILLIA MILLER, Executrix of the Estate of Ricky Miller; RONALD MILLER; TERESA MILLER; FOSTER MITCHELL; GLADYS MITCHELL; TROY MOON; SYLENA MOON; EDWARD MOORE; ELVIE MOORE; ERNIE MOORE; RITA MOORE; CHARLES MULLINS; ALLARD NEWSOME; DALE NEWSOME; ANITA NEWSOME; DONALD NEWSOME; DARLENE NEWSOME; JAMES NEWSOME; TABITHA NEWSOME; JIMMY NEWSOME; LEROY NEWSOME; TERRY NORMAN; CYNTHIA PATTON, Executrix of the Estate of John Patton; JOHNNY PITTMAN; PEGGY PITTMAN; JEFFREY POTTER; CHARLENE POTTER; RANSOM PRATER; DENNIE PUGH; MARY PUGH; ROBERT PUGH; CELESTE PUGH; JIMMY RAY; GLENDA RAY; LARRY RAY; DAVID REED; SUSAN REED; SHERRELL REID; STELFON REYNOLDS; EUGENA REYNOLDS; JAMES RICH; VALERIE RICH; MARKUS RICHARDSON; CHENDLA RICHARDSON; FREDRICK ROBERTS; CONNIE ROBERTS; RODNEY ROSE; STEPHANIE ROSE; WILLIAM RUNYON; KATHY RUNYON; DENNY SEXTON; ELLEN SEXTON; HERSHEL SHEPHERD; JAMES SIMMONS; GINGER SIMMONS; HARVEY SMITH; VERLIN SMITH; WILLIAM SMITH; SARA SMITH; EARL SPURLOCK; GERMAN STUMBO; ELLIS STURGILL; DARLA STURGILL; PAUL STURGILL; RANDY STURGILL; MADGE STURGILL; RICHARD STURGILL; MELONY STURGILL; DOUGLAS TACKETT; JAMES TACKETT; MARY TACKETT; GARRETT TAYLOR; MELANA TAYLOR; RONALD THACKER; LORA THACKER; ROY THACKER; ANNA THACKER; A. J. THORNSBERRY; MYRA THORNSBERRY; THOMAS TYREE; MARY TYREE; STEVE WARD; ANNETTE WARD; KEITHAL WHITE; CONNIE JOYCE WHITE; DONALD WILLIAMS; MARY ANN WILLIAMS; MASON WILLIAMS; LORETTA WILLIAMS, Executrix of the Estate of Randall Williams; RICKY WILLIAMS; EUGENIA WILLIAMS; TOMMY WRIGHT; VERDIE WRIGHT; CHARLES MOUNTS; LARRY EPLING; LARRY EPLING; MABEL EPLING; STEPHAN CASE; CRYSTAL CASE; LARRY NEWSOME; RICKEY WRIGHT; REBECCA WRIGHT; STEPHEN JUSTICE; LANGLEY SMITH; JOHN PHILLIPS; AMY PHILLIPS; DONNIE REYNOLDS; LINDA REYNOLDS; CALVIN GREGORY; MARSHA GREGORY; JAMES TACKETT; JUANITA TACKETT; LORETTA HORNE, Executrix of hte Estate of Jack Horne; ROBERT DAMRON; JAMES MARTIN; CHRISTOPHER SMITH; REBECCA SMITH; ELLIS AKERS; LASHERI AKERS; STEVEN BAKER; ESTILL JARVIS; ARLINDA JARVIS; JEFF RATLIFF, SR.; MELINDA RATLIFF; BRIAN THACKER; LEANN THACKER; RANDOLPH HARDIN; RANDY WOLFORD; KAREN WOLFORD; SHELBY DAYLONG; JAMES GIBSON; JUDY GIBSON; WILLIAM STANLEY; JACKIE STANLEY; RAYMOND MILLER; THERESA MILLER; FREDDIE BOWLING; BRENDA BOWLING; GREG COLEY; DAWN COLEY; BRIAN HARRIS; ANITA HARRIS; HAROLD BALTHIS; ROSE BALTHIS; WILLIAM MCFARLAND, JR.; AVA MCFARLAND; KEVIN BEVINS; RIKKA BEVINS; RICHARD FULLER; KAREN FULLER; KURT SANDLIN; ERICA SANDLIN; VENT MEADOWS; JAMIE HAMILTON; EMILY HAMILTON; RICHARD BROWNING; JENNIFER BROWNING; NORMAN PAGE; KIMBERLY PAGE; JULIAN ADKINS; PHEOBE ADKINS; JEFFREY PINSON; STACIE PINSON; WINDELL AUSTIN; DARCUS AUSTIN; PAUL STANLEY; JEFFREY MARTIN; MICHAEL SEXTON; PEGGY SEXTON; BOBBY MULLINS; DAVID MAGGARD; REGINA MAGGARD; RICHARD HENSON; PHILLIP THACKER; TAMMY THACKER; CHARLES MCCLANAHAN; ROBERT LITTLE; KAMELA LITTLE; JEFF MILLER; KATHRYN MILLER; JOHN BARKER; MOSES SANDERS; JEFFREY KINDER; ANTHONY HALL; TONYA HALL; EUGENE COLEMAN; BALINDA COLEMAM; ALVIN SPANGLER;

JUANITA SPANGLER; CARL NORMAN; RONALD LESTER; HATTIE LESTER; JONATHAN CRISP; JAMES WHITT; TONY STEWART; DONNA STEWART; ROBERT GOFF; KERMIT SWINEY; KEVIN BENTLEY; PALMER SLONE; JEAN SLONE; TIM TOTTEN; JENNIFER TOTTN; RODIE VARNEY; INEZ VARNEY; ROY JOHNSON; DEBRA JOHNSON; GREG SMITH; AUDIE MURPHY; CHRISTINE MURPHY; DANIEL COOTS; HEATHER COOTS; LEON EPLING; RHONDA EPLING; JAMES THACKER; ROBERT SEXTON; CONNIE SEXTON; SASHA MCKINNEY, Administrator of the Estate of Stevie McKinney; STEPHANIE MCKINNEY, Administrator of the Estate of Stevie McKinney; SAMMY MULLINS; LORA BLANKENSHIP; MAGGIE BLANKENSHIP; HERMAN LITTLE; ANGELA LITTLE; LARRY LEE MOUNTS; JENNIFER MOUNTS; VALERIE HORN, Executrix of the Estate of James Horn; DARRIUS COLEMAN; RICKY SWINEY; RHONDA SWINEY; LLOYD CARROLL; ANGELA CARROLL; JAMES CLINE; MELISSA CLINE; CHARLES SCOTT; AMANDA HAMILTON, Executrix of the Estate of Gary Hamilton; DANIEL MEADE; DANYEL MEADE; TEDDY NEWSOME; SIDNEY WOLFORD; HERMAN WALLEN; TRAVIS JOHNSON; MICHAEL BLACKBURN; TIMMY PRICE; EADIE PRICE; DAVID COLLINS; NILA COLLINS; DONALD RATLIFF; DELORES RATLIFF; RICHARD MULLINS; MELISSA MULLINS; THOMAS DAMRON; TERRY CASEY; ANGELA CASEY; ROY COLLINS; JODI COLLINS; NICKIE SIFERS; DARLENA SIFERS; ROGER MATNEY; RUBY MATNEY; IRENE KISER, Executrix of the Estate of Larry Kiser; CARROL DERRY, Executrix of the Estate of Scotty Derry; JACKIE FRANCIS; JOANN FRANCIS; GARY ADKINS; JASON BLANKENSHIP; MELISSA BLANKENSHIP; CHRISTOPHER GOOD; BRANDY GOOD; BURBON KENDRICK; HELENA KENDRICK; EDGAR SCOTT NEWMAN; RHONDA NEWMAN; BARRY NEWSOME; TERRY ANDERSON; BETTY ANDERSON; CRAIG DAMRON; MELINDA DAMRON; ARCHIE HALL; TERRY NEWSOME; RONNIE MULLINS; JODY HALL; BELINDA HALL; JEFFERY TACKETT; DONNA TACKETT; WAYNE NEWSOME; GLORIA NEWSOME; DONNIE MULLINS; WILMA MULLINS; JOSEPH MULLINS; HOPE MULLINS; RONNIE WRIGHT; BRENDA WRIGHT; DUSTIN JUSTICE; COURTNEY JUSTICE; THOMAS WRIGHT; SHERRY WRIGHT; JAMES YONTS; BETSY YONTS; BRIAN JOHNSON; JESSICA JOHNSON; KEVIN THACKER; BRIDGET THACKER; EDDIE HALL; KIM HALL; CARMELLA VARNEY, Executrix of the Estate of Greg Varney; LONNIE BAKER; DARLENE BAKER; ROYAL JOHNSON; INARD ANDERSON; MAGGIE ANDERSON; ANDY THACKER; IRIS THACKER; TERRY RILEY; MARY RILEY; LLOYD NEWSOM; JOHN CURE, JR.; KIM CURE; JAMES LAYNE; JACQUELINE LAYNE; JORDAN TACKETT; JERRY NEWSOME; ALBERT MATNEY; DARLENE MATNEY; JOEY JUDE; CLARK AKERS; STEVIE HAMILTON; KENNETH ALLEN; SHANNA ALLEN; KENNETH CAUDILL; TINA CAUDILL; MITCHELL SALYERS; RUBY SALYERS; JACKIE WRIGHT; BETTY WRIGHT; MICHALE ARNETT; FRANKIE MYERS; DORIS OSBOURNE; DONNA OSBOURNE; NEIL CHAPMAN; SABRINA CHAPMAN; WILLIAM NEWSOME, JR.; KAREN NEWSOME; EDDIE BACK; MARLENE BACK; GENE DANIELS; JERRY MOORE; STACEY MOORE; CHARLES BLANKENSHIP; STELLA BLANKENSHIP; RODNEY MCINTOSH; DEBBIE MCINTOSH; CARL ANDERSON; MARVIN JERVIS; BOBBY KINCER; JACQUELINE KINCER; ROGER KENDRICK; ANDRA KENDRICK; TEDDY HUNT; PAMELA HUNT; TODD DYES; WILLIAM BACK; TERA BACK; MICHAEL ELSWICK; DREMA ELSWICK; CHRISTOPHER MAYNARD; ANGELA MAYNARD; STEVEN BENTLEY; PATRICIA BENTLEY; CHARLES PEASE;

IMOGENE PEASE; WILLIE MCCOY; BRENDA MCCOY; LOIS SPRADLIN; JAMES SPRADLIN; DANNY COMPTON; RHONDA COMPTON; RONNIE BOWLING; TAMMY BOWLING; RICKY RUNYON; DEBORAH RUNYON; KENNETIH RAY DAMRON; JAMES ADKINS; BRETT GAYHEART; BRENDA GAYHEART; RONNIE ADKINS; PAUL CASTLE; ROGER BARNETT; PAULINE BARNETT; JOHNNY SPEARS; GRETA SPEARS; THOMAS THACKER; KRISTY THACKER; BENJAMIN ADAMS; ROSETTA ADAMS; JEFFERY FULLER; RUTH FULLER; SONNY DALES; MICHELLE DALES; STELLA MUSIC, Executrix of the Estate of Billy Music; JUSTINE HAMILTON, Executrix of the Estate of Jan Hamilton; JOHNNY TACKETT; TRACY TACKETT; RICK MOORE; DAREN SEXTON; MARTIN MINIX; LINDA MINIX; DUSTIN HALL; HILLARY HALL; RAYMOND SANDERS; DONNA SANDERS

   Plaintiffs - Appellees

v.

3M COMPANY, fka Minnesota Mining and Manufacturing Company

   Defendant - Appellant

MINE SAFETY APPLIANCES, et al.

   Defendants